UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ELEAZAR GONZALES and LUIS GARCIA, )
)
Plaintiffs, ) CIVIL ACTION NO.
) A05-CA-223-SS
)
v. )
)
ERNESTO GONZALEZ and SUK CHA )
GONZALES d/b/a Hong Kong Buffet, )
)
Defendant. )

## STATEMENT OF THE PLAINTIFFS' CONTENTIONS

The Plaintiffs, Eleazar Gonzalez and Luis Garcia, are Spanish-speaking restaurant workers who were employed at the restaurant of Ernesto Gonzalez and Suk Cha Gonzalez d/b/a/ Hong Kong Buffet, during the period between 2003 to 2005. The Plaintiffs brought this action because the Defendants failed to pay all the wages Plaintiffs were due in violation of the Fair Labor Standards Act and Texas Minimum Wage Act. The Defendant failed to keep complete and regular pay record, as required by the FLSA and the Texas Minimum Wage Act. Therefore, those records are not adequate to reconstruct exactly how much the Plaintiffs were paid and not paid. It will thus be necessary for the Plaintiffs to prove their claims using their best estimates of their unpaid wages. As the Court is aware, Plaintiffs are entitled to prove their claims using such estimates based on the burden of proof principles established in *Anderson et al. v. Mt. Clemens Pottery Co.*, 328 U.S. 680 (1946).

## ESTMATE OF THE PROBABLE LENGTH OF THE TRIAL

The Plaintiffs estimate the length of the trial to be six hours.

Respectfully submitted,

17

Victoria I. Gavito
Texas Bar No. 24045930
William H. Beardall
TX Bar No. 1980600
EQUAL JUSTICE CENTER
510 South Congress Ave., Suite 206
Austin, Texas 78704
Tel. (512) 474-0007
Fax (512) 474-0008
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that the foregoing disclosures, including copies of the documents listed, were sent by facsimile and hand delivered, on February 24, 2006 to counsel for Defendant, Jody Sims, 812 San Antonio Street, Suite No. 103, Austin, Texas 78701.

Victoria I. Gavito
Texas Bar No. 24045930
William H. Beardall
Tx. Bar No. 1980600
EQUAL JUSTICE CENTER
510 South Congress Ave., Suite 206
Austin, Texas 78704
Tel. (512) 474-0007
Fax (512) 474-0008
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ELEAZAR GONZALES and LUIS GARCIA, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. |
| ) | A05-CA-223-SS |
| v. ) | |
| ) | |
| ERNESTO GONZALEZ and SUK CHA ) | |
| GONZALES d/b/a Hong Kong Buffet, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' PROPOSED STIPULATED FACTS

Now come Plaintiffs and Defendant and stipulate that the following facts are true and correct for the purposes of litigation and may be admitted into evidence as true facts:

1. Defendant, Suk Cha Gonzales was the "employer" of Plaintiffs ELEAZAR GONZALES and LUIS GARCIA as that term is defined in 29 U.S.C. § 203(d), from 2003 to 2005 when Plaintiffs worked at Defendant's restaurant.

2. At all times during 2003 through 2005, Defendant operated Hong Kong Buffest as an "enterprise engaged in commerce or in the production of goods for commerce" as that term is defined by 29 U.S.C. §203(s).

3. During their employment by Defendant, Plaintiffs were engaged in "commerce" within the meaning of 29 U.S.C. § 203(b).

4. Plaintiffs were entitled to the minimum wage and overtime protections of the Fair Labor Standards Act 29 U.S.C. §201, *et. seq* and the Texas Minimum wage Act, Chapter 62, Texas Labor Code.

5. The Defendants failed to pay the Plaintiff, Luis Garcia, minimum wage as required by the Fair Labor standards Act, the times of his employment.

6. The Defendant failed to pay the Plaintiffs overtime as required by the Fair Labor Standards Act, for their time of employment.

Agreed and Stipulated on behalf of Plaintiffs and Defendants:

_____  _____
Victoria I. Gavito              Jody Sims
Attorney for Plaintiffs         Attorney for Defendants

Date: 2/27/04                   Date: _____

# CERTIFICATE OF SERVICE

I certify that the foregoing disclosures, including copies of the documents listed, were sent by facsimile and hand delivered, on February 24, 2006 to counsel for Defendant, Jody Sims, 812 San Antonio Street, Suite No. 103, Austin, Texas 78701.

Victoria I. Garito
Texas Bar No. 24045930
William H. Beardall
Tx. Bar No. 1980600
EQUAL JUSTICE CENTER
510 South Congress Ave., Suite 206
Austin, Texas 78704
Tel. (512) 474-0007
Fax (512) 474-0008
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ELEAZAR GONZALES and LUIS GARCIA, ) ) Plaintiffs, ) ) v. ) ) ERNESTO GONZALEZ and SUK CHA ) GONZALES d/b/a Hong Kong Buffet, ) ) Defendant. ) ) | CIVIL ACTION NO. A05-CA-223-SS |

## PLAINTIFFS' PROPOSED EXHIBITS

Plaintiffs, *Eleazar Gonzales and Luis Garcia*, expect to offer the following documents at trial:

Plaintiffs Exhibits

1. Statement of Plaintiff Eleazar Gonzales' Estimating Wages Owed; and

2. Statement of Plaintiff Luis Garcia's Estimating Wages Owed.

Respectfully submitted,

Victoria I. Gavito
Texas Bar No. 24045930
William H. Beardall
Tx. Bar No. 1980600
EQUAL JUSTICE CENTER
510 South Congress Ave., Suite 206
Austin, Texas 78704
Tel. (512) 474-0007
Fax (512) 474-0008
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I certify that the foregoing disclosures, including copies of the documents listed, were ~~sent by facsimile and~~ hand delivered, on February 24, 2006 to counsel for Defendant, Jody Sims, 812 San Antonio Street, Suite No. 103, Austin, Texas 78701.

                                                 Victoria I. Gavito
                                                 Texas Bar No. 24045930
                                                 William H. Beardall
                                                 Tx. Bar No. 1980600
                                                 EQUAL JUSTICE CENTER
                                                 510 South Congress Ave., Suite 206
                                                 Austin, Texas 78704
                                                 Tel. (512) 474-0007
                                                 Fax (512) 474-0008
                                                 ATTORNEYS FOR PLAINTIFFS

| | |
|---|---|
| ELEAZAR GONZALES and LUIS GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>ERNESTO GONZALEZ and SUK CHA GONZALES d/b/a Hong Kong Buffet,<br><br>Defendant. | CIVIL ACTION NO.<br>A05-CA-223-SS |

## PLAINTIFFS' PROPOSED WITNESS LIST

Plaintiffs, Eleazar Gonzalez and Luis Garcia, designate the following potential witnesses:

### I. Witnesses Plaintiffs Expect to Present:

1. Plaintiff, Eleazar Gonzalez     *Address:* 1633 Royal Crest Apt. 1131
    Austin, Texas, 78741
    *Phone:* (512) 445-5435

2. Plaintiff, Luis Garcia     *Address:* 259 Forest Road
    Austin, Texas, 78616
    *Phone:* (512) 707-1890

3. Defendant, Ernesto Gonzalez     *Address:* 1100 Overlook Way
    Austin, Texas, 78666
    *Phone:* unknown

4. Defendant, Suk Cha Gonzlez     *Address:* 1100 Overlook Way
    Austin, Texas, 78666
    *Phone:* unknown

Respectfully submitted,

/s/ Victoria I. Gavito

Victoria I. Gavito
Texas Bar No. 24045930
William H. Beardall
TX Bar No. 1980600
EQUAL JUSTICE CENTER
510 South Congress Ave., Suite 206
Austin, Texas 78704
Tel. (512) 474-0007
Fax (512) 474-0008
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that the foregoing disclosures, including copies of the documents listed, were sent by facsimile and hand delivered, on February 24, 2006 to counsel for Defendant, Jody Sims, 812 San Antonio Street, Suite No. 103, Austin, Texas 78701.

Victoria I. Gavito
Texas Bar No. 24045930
William H. Beardall
Tx. Bar No. 1980600
EQUAL JUSTICE CENTER
510 South Congress Ave., Suite 206
Austin, Texas 78704
Tel. (512) 474-0007
Fax (512) 474-0008
ATTORNEYS FOR PLAINTIFFS

RECEIVED

FEB 2 4 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ELEAZAR GONZALES and LUIS GARCIA, )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>ERNESTO GONZALEZ and SUK CHA )<br>GONZALES d/b/a Hong Kong Buffet, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.<br>A05-CA-223-SS |

## PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

### FINDINGS OF FACT

1. The Plaintiffs, Eleazar Gonzales and Luis Garcia are Spanish-speaking restaurant workers who were employed by Defendants Ernesto Gonzales and Suk Cha Gonzales in their Chinese restaurant.

2. At all times during 2003-2005, Defendants operated as an "enterprise engaged in commerce or in the production of goods for commerce" as that term is defined by 29 U.S.C. § 203(s).

3. During Luis Garcia's employment by the Defendants in 2004 through 2005, Defendants Ernesto Gonzales and Suk Cha Gonzales failed to pay him the federal and state minimum wage for the first 40 hours he worked.

4. During Plaintiff's employment by the Defendants in 2003 through 2005, Defendants Ernesto Gonzales and Suk Cha Gonzales failed to pay the Plaintiffs federal and state overtime for the hours they worked in excess of 40 hours per week.

5. Defendant's actions in failing to comply with the requirements of the Fair Labor Standards Act were willful.

6. The Court finds that the Defendant owes each of the Plaintiffs the following amounts in unpaid wages and liquidated damages:

| NAME | UNPAID MINIMUM WAGE | OVERTIME | FLSA LIQUIDATED DAMAGES | **TOTAL DAMAGES** Not including attorneys fees |
|---|---|---|---|---|
| Eleazar Gonzales | $ | $ | $ | $ |
| Luis Garcia | $ | $ | $ | $ |
| **TOTAL** | | | | $ |

## CONCLUSIONS OF LAW

1. By failing to pay Luis Garcia the federal minimum wage for all the hours worked, Defendants violated his rights protected by the Fair Labor Standards Act, 29 U.S.C. sec. 201, et. seq. and his rights protected by the Fair Labor Standards Act, 29 U.S.C. Sec. 216(b) in the amount set forth in the above findings of fact, plus attorneys fees.

2. By failing to pay Luis Garcia the minimum wage mandated by state law, Defendants violated his rights protected by the Texas Minimum Wage Act, TEX. LAB. CODE §62 et. seq., and Luis is entitled to relief pursuant to the amounts set forth in the above findings of fact, plus attorneys fees.

3. By failing to pay the Plaintiffs overtime for the hours they worked in excess of 40 hours per week, Defendants violated Plaintiffs' rights protected by the Fair Labor Standards Act, 29 U.S.C. sec. 201, et. seq. and Plaintiffs rights protected by the Fair Labor Standards Act, 29 U.S.C. Sec. 216(b) in the amount set forth in the above findings of fact, plus attorneys fees.

4. "If an employee makes a credible showing that he has performed work not properly compensated, 'the employer cannot be heard to complain that the damages lack the exactness and precision of measurement that would be possible had he kept records in accordance with the Act." *Beliz v. W.H. McLeod & Sons Packing Co.*, 765 F.2d 1317, 1331 (5th Cir. 1985). (quoting Anderson v. Mount Clemes Pottery Co., 328 U.S. 680 (1946)). Because Defendant failed to keep adequate records, the Plaintiffs "satisfy the burden with admittedly inexact or approximate evidence." *Beliz v. W.H. McLeod & Sons Packing Co.*, 765 F.2d 1317, 1331 (5th Cir. 1985).

Entered this ____ day of _____.

_____.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that the foregoing disclosures, including copies of the documents listed, were sent by facsimile and hand delivered, on February 24, 2006 to counsel for Defendant, Jody Sims, 812 San Antonio Street, Suite No. 103, Austin, Texas 78701.

Victoria I. Gavito
Texas Bar No. 24045930
William H. Beardall
Tx. Bar No. 1980600
EQUAL JUSTICE CENTER
510 South Congress Ave., Suite 206
Austin, Texas 78704
Tel. (512) 474-0007
Fax (512) 474-0008
ATTORNEYS FOR PLAINTIFFS